and trying to improve the quality of your life. I'm going to talk to you today about how you can
judges: Berzon, Watford, Owens